# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DARRNELL MCCOY, *Individually and On Behalf of All Others Similarly Situated*,

        Plaintiff,

   v.

MCCORMICK & COMPANY, INC.,

        Defendant.

Case No. 1:25-cv-00231-JLT-SAB

ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

(ECF No. 14)

Before the Court is the parties' stipulation to modify the briefing schedule on Defendant's motion to dismiss. For good cause shown, the Court approves the stipulation and ORDERS that:

1.    Plaintiff shall have through **May 16, 2025**, to file an opposition to Defendant's motion to dismiss;

2.    Defendant shall have through **June 11, 2025**, to file a reply in support of its motion to dismiss.

IT IS SO ORDERED.

Dated:  **April 24, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge