## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRNELL MCCOY, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>MCCORMICK & COMPANY, INC.,<br><br>Defendant. | Case No. 1:25-cv-00231-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 33) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may answer Plaintiff's first amended complaint. The parties have also stipulated to a briefing schedule on Defendant's forthcoming motion to dismiss. For good cause shown, the Court hereby approves the stipulation and ORDERS that:

1. Defendant shall have through September 30, 2025, to file its motion to dismiss;[1]

2. Plaintiff shall have through October 30, 2025, to file his opposition to the motion to dismiss;

3. Defendant shall have through November 21, 2025, to file a reply, if any; and

///

///

---

[1] When Defendant files its motion to dismiss, it may set a hearing date at that time.

4. The initial scheduling conference is CONTINUED to **March 10, 2026, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2