# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DARRNELL MCCOY,

      Plaintiff,

  v.

MCCORMICK & COMPANY, INC.,

      Defendant.

Case No.  1:25-cv-00231-JLT-SAB

ORDER REGARDING STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE

(ECF No. 48)

Before the Court is a stipulation from the parties to continue the initial scheduling conference in light of the pending motion to dismiss.  For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to July 7, 2026, at 11:30 a.m.  If the motion is decided prior to the scheduled date, the parties may request that the scheduling conference be advanced by contacting the courtroom deputy.

IT IS SO ORDERED.

Dated:  __**February 10, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge