# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRNELL MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>MCCORMICK & COMPANY, INC.,<br><br>Defendants. | Case No. 1:25-cv-00231-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 50) |

Before the Court is a stipulation from the parties seeking an extension to file objections to the Court's February 9, 2026 findings and recommendations. (ECF No. 47.) The parties seek a two-week extension. For good cause shown, the Court approves the stipulation and ORDERS that the parties shall have through **March 10, 2026**, to file objections to the February 9, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:  **February 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge